**BROADROCK DEVELOPMENT CORPO-RATION, Plaintiff-Appellant,**

v.

**DIRECTOR OF INTERNAL REVENUE, Defendant-Appellee.**

**No. 14115.**

United States Court of Appeals
Sixth Circuit.

Oct. 22, 1960.

Raymond E. Cookston and John Kennedy Lynch, Cleveland, Ohio, on brief, for appellant.

William A. Friedlander, Department of Justice, Washington, D. C., Charles K. Rice, Asst. Atty. Gen., Lee A. Jackson, Meyer Rothwacks and Richard B. Buhrman, Attys., Department of Justice, Washington, D. C. and Russell E. Ake, U. S. Atty., James C. Sennett, Jr., Asst. U. S. Atty., Cleveland, Ohio, on brief, for appellee.

Before SIMONS, MARTIN and O'SULLIVAN, Circuit Judges.

ORDER.

This cause having come on to be heard upon the record and briefs of the parties, and arguments of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered that the order of the District Court dismissing the plaintiff's petition and/or motion to quash summons and for restraining order, and denying leave to plaintiff to file an amended complaint, entered on August 25, 1959, be, and it is, hereby affirmed.

**L. ABELSON & SON, INC., Appellant**

v.

**SUPERIOR COAT CO., Inc., and Max Karp.**

**No. 13409.**

United States Court of Appeals
Third Circuit.

Argued Nov. 15, 1960.

Decided Dec. 7, 1960.

Julius L. Goldstein, New York City, for appellant.

Samuel H. Landy, Philadelphia, Pa., for appellees.

Before GOODRICH, KALODNER and STALEY, Circuit Judges.

PER CURIAM.

This appeal must be dismissed for lack of jurisdiction under rule 54(b) Fed.R. Civ.P., 28 U.S.C.A. The rule reads directly upon this case. In the argument before us the facts of the case showed clearly the wisdom of the rule with regard to situations such as this. For that reason the request for permission to petition the district court for the certificate which would enable the case to be heard at this stage will be denied.